# UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT

**Form 32. Response to Notice of Case Being Considered for Oral Argument**

*Instructions for this form: http://www.ca9.uscourts.gov/forms/form32instructions.pdf*

**9th Cir. Case Number(s)** 24-5212

**Case Name** Zunum Aero, Inc. v. The Boeing Company, et al.

**Hearing Location** (*city*) Seattle

**Your Name** Moez Mansoor Kaba

List the sitting dates for the two sitting months you were asked to review:

July 7 - 11
August 11 - 15

Do you have an unresolvable conflict on any of the above dates? ◉ Yes ○ No

If yes, list the specific day(s) and the specific reason(s) you are unavailable:

During the week of July 7, 2025, I will be preparing for a trial in the United States District Court, Central District of California that begins on July 15, 2025.

Do you have any other cases pending in this court for which you received a notice of consideration for oral argument during the three sitting months listed above?

○ Yes ◉ No

If yes, list the number, name, and hearing city of each of the other case(s):

**Signature** *[signed] Moez Kaba*  **Date** March 13, 2025

(use "s/[typed name]" to sign electronically-filed documents)

*Feedback or questions about this form? Email us at forms@ca9.uscourts.gov*

**Form 32** *New 12/01/2018*