# UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT

## Form 32. Response to Notice of Case Being Considered for Oral Argument

*Instructions for this form:* http://www.ca9.uscourts.gov/forms/form32instructions.pdf

**9th Cir. Case Number(s)** 24-5212, 24-5751

**Case Name** Zunum Aero, Inc. v. The Boeing Company, et al.

**Hearing Location** (*city*) Seattle

**Your Name** Vincent Levy

List the sitting dates for the two sitting months you were asked to review:

July 7 - 11
August 11 - 15

Do you have an unresolvable conflict on any of the above dates? ⦿ Yes ◯ No

If yes, list the specific day(s) and the specific reason(s) you are unavailable:

I would strongly prefer to have oral argument held the week of July 7, 2025, as I will be available any of those days. However, I can do oral argument on August 11, 2025, even though it will disrupt previously planned travel in connection with a family obligation. I have a preplanned family obligation from August 12 through August 15.

Do you have any other cases pending in this court for which you received a notice of consideration for oral argument during the three sitting months listed above?

◯ Yes ⦿ No

If yes, list the number, name, and hearing city of each of the other case(s):

**Signature** s/Vincent Levy   **Date** 3/14/2025

(use "s/[typed name]" *to sign electronically-filed documents*)

*Feedback or questions about this form? Email us at* forms@ca9.uscourts.gov

**Form 32**   *New 12/01/2018*