FILED

SEP 8 2026

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| ZUNUM AERO, INC.,<br><br>Plaintiff-ctr-defendant - Appellant,<br><br>v.<br><br>THE BOEING COMPANY and BOEING HORIZONX VENTURES, LLC,<br><br>Defendant-ctr-claimants - Appellees. | No. 24-5212<br><br>D.C. No.<br>2:21-cv-00896-JLR<br>Western District of Washington, Seattle<br><br>ORDER |
| ZUNUM AERO, INC.,<br><br>Plaintiff-ctr-defendant - Appellant,<br><br>v.<br><br>THE BOEING COMPANY and BOEING HORIZONX VENTURES, LLC,<br><br>Defendant-ctr-claimants - Appellees. | No. 24-5751<br>D.C. No.<br>2:21-cv-00896-JLR<br>Western District of Washington, Seattle |

Before: RAWLINSON, BADE, and KOH, Circuit Judges

Appellees' motion to extend time to file a petition for rehearing en banc (Dkt. 88) is **GRANTED IN PART.** Appellees shall file their petition for rehearing en banc on or before September 23, 2026.