UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

FILED

NOV 5 2026

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| ZUNUM AERO, INC.,<br><br>Plaintiff-ctr-defendant - Appellant,<br><br>v.<br><br>THE BOEING COMPANY and BOEING HORIZONX VENTURES, LLC,<br><br>Defendant-ctr-claimants - Appellees. | No. 24-5212<br><br>D.C. No.<br>2:21-cv-00896-JLR<br>Western District of Washington, Seattle<br><br>ORDER |
| ZUNUM AERO, INC.,<br><br>Plaintiff-ctr-defendant - Appellant,<br><br>v.<br><br>THE BOEING COMPANY and BOEING HORIZONX VENTURES, LLC,<br><br>Defendant-ctr-claimants - Appellees. | No. 24-5751<br><br>D.C. No.<br>2:21-cv-00896-JLR<br><br>Western District of Washington, Seattle |

Before: RAWLINSON, BADE, and KOH, Circuit Judges.

Appellees' motion for leave to file a reply in support of their petition for rehearing en banc (Dkt. No. 96) is GRANTED.